NICHOLAS A. TRUTANICH, NV No. 13644
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
District of Nevada

ELLINOR R. CODER
    Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    Email: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN A. WOLGAST, | Case No.: 2:18-cv-01840-APG-GWF |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Motion for Remand, due on March 11, 2019, by 30 days, through and including April 10, 2019. This is Defendant's first request for an extension of time.

The instant request is not intended to cause delay and is necessary because this matter is being re-assigned to a different attorney at the Office of the General Counsel.

Counsel for Defendant conferred with Plaintiff's counsel on February 28, 2019, and Plaintiff's counsel has no opposition to this motion.

-1-

Respectfully submitted this 4th day of March 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*//s// Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

**IT IS SO ORDERED**:

DATED: 3/5/2019

HON. GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Ellinor R. Coder, certify that the following individual was served with a copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

CM/ECF:

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Dated this 4th day of March 2019.

　　　　　　　　　　　　　　　　　　//s// *Ellinor R. Coder*
　　　　　　　　　　　　　　　　　　ELLINOR R. CODER
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney